THE HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| JAMES A. SIGGELKOW, | ) | Cause No.:  C04-5397JKA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **RESCHEDULE TRIAL DATE** |
| v. | ) | |
| | ) | |
| TRANSALTA CENTRALIA | ) | |
| GENERATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**COME NOW** the parties in the above entitled action by and through their attorneys of record, Richard H. Wooster of the law offices of Mann, Johnson, Wooster & McLaughlin, P.S., counsel for Plaintiff, and Mark S. Filipini of Preston, Gates & Ellis, LLP, counsel for Defendant, and hereby stipulate to and request the extension of the trial date, and the issuance of a revised Scheduling Order, for the following reasons:

1.      Plaintiff's counsel was involved in an age discrimination trial in the Federal District Court at Tacoma that extended over a three-week period in March and April of 2005.   The trial date was moved from February to March 21, 2005 to accommodate review of a significant number of video depositions that needed to be reviewed and edited for presentation of the trial.

2.      Following the trial, significant hours were expended by Plaintiff's counsel on issues related to the tax implications of the verdict, motions for attorneys' fees

Page 1

STIP & ORDER TO RESCHEDULE TRIAL DATE

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

and responding to the Defendants' motion for Judgment as a Matter of Law and request for a new trial.

3.    As a result of that trial schedule, Plaintiff's counsel was unable to work on certain discovery issues related to this case to the extent that counsel had expected.

4.    A number of depositions need to be taken by Plaintiff, at least one of which is in Boise, Idaho, and with the summer holiday schedule it will greatly accommodate scheduling the depositions if the discovery deadline is extended to at least August 30, 2005 and dispositive motion deadline extended to at least September 15, 2005.

5.    In order to permit a full opportunity to address anticipated dispositive motions and mediation opportunities, it is requested that the trial date be continued at least thirty days and all related pleading deadlines be adjusted accordingly, pursuant to a revised Scheduling Order issued by the Court.

All parties have been advised and consent to the extension as set forth above.

MANN, JOHNSON, WOOSTER                    PRESTON, GATES & ELLIS, LLP
& McLAUGHLIN, P.S.

  /s/ Richard H. Wooster_____           /s/ Mark S. Filipini per email approval
RICHARD H. WOOSTER, WSBA #13752           Mark S. Filipini, WSBA #32501
Attorney for Plaintiff                    Attorney for Defendant
Dated:  6/8/05                            Dated:  6/8/05

## <u>ORDER</u>

**COMES NOW** the above entitled Court upon the stipulation of the parties in the above action and being fully advised of the premises; it is hereby

**ORDERED, DECREED and ADJUDGED** that the following deadlines shall be extended as follows:

1.    The trial date in this action is rescheduled from November 14, 2005 to **January 16, 2006.**

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile

2.  The Court shall issue a revised Scheduling Order re-setting all other pertinent dates accordingly.

**DONE IN OPEN COURT** this 10th day of  June, 2005.


 */s/ J. Kelley Arnold*
THE HONORABLE J. KELLEY ARNOLD

STIP & ORDER TO RESCHEDULE TRIAL DATE

Law Offices of
**Mann, Johnson, Wooster & McLaughlin, P.S.**
820 A STREET, SUITE 550
TACOMA, WASHINGTON 98402
(253) 572-4161 Tacoma
(253) 838-1154 Seattle
(253) 572-4167 Facsimile