# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAMES A. SIGGELKOW

                Plaintiff,

    v.

TRANSALATA CENTRALIA GENERATIONS, LLC,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C04-5397JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Defendant's Motion for Summary Judgment against Plaintiff is GRANTED.**

November 17, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk